Monroe T. LAWS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 666, 2015

Supreme Court of Delaware.

Submitted: March 11, 2016
Decided: April 20, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 30900552DI

AFFIRMED. ENJOINED.

■

Kenneth MAYO, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 16, 2016

Supreme Court of Delaware.

Submitted: March 15, 2016
Decided: April 21, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 1409016508

AFFIRMED.

■

Fonda HOBBS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 614, 2015

Supreme Court of Delaware.

Submitted: April 21, 2016
Decided: April 22, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID 1409008249

DISMISSED.

■

Angelo J. LLOYD, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 627, 2015

Supreme Court of Delaware.

Submitted: April 19, 2016
Decided: April 22, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID 1103022338

DISMISSED.